## Amazing Grace Gross Revenue Projections

| Source | Amount | Details |
|---|---|---|
| Theatrical | $ 200,000.00 | Based on similar projects |
| HBO Domestic Television Broadcast | $ 125,000.00 | |
| PBS Domestic Television Broadcast | TBD | |
| Foreign Television Broadcast | $ 992,500.00 | |
| Domestic DVD Release | $ 1,089,630.00 | $6 Wholesale Per Unit. 181,605 Units |
| International DVD Release | $ 454,010.00 | $5 Wholesale Per Unit 90,802 Units (50% of Domestic Units) |
| Broadband Distribution | $ 32,375.00 | |
| **TOTAL PROJECTED GROSS REVENUE** | **$ 2,893,515.00** | |

### Foreign Television Broadcast Projection Details:

| Major Foreign Territories | Documentary Release |
|---|---|
| Germany | $ 25,000.00 |
| United Kingdom | $ 700,000.00 |
| France | $ 25,000.00 |
| Italy | $ 20,000.00 |
| Spain | $ 20,000.00 |
| Netherlands | $ 15,000.00 |
| Scandinavia | $ 20,000.00 |
| Belgium | $ 15,000.00 |
| Austria | $ 15,000.00 |
| Russia | $ 25,000.00 |
| Poland | $ 15,000.00 |
| Czech Republic | $ 5,000.00 |
| Hungary | $ 7,500.00 |
| Canada | $ 25,000.00 |
| Japan | $ 20,000.00 |
| Australia | $ 20,000.00 |

FRANKLIN TRO Ex. 5

| | | |
|---|---:|---:|
| Mexico | | $ 10,000.00 |
| Brazil | | $ 10,000.00 |
| **TOTAL** | | $ 992,500.00 |

**Domestic DVD Release**

**2006 LONGFORM MUSIC DVD UNIT SALES DISTRIBUTION (U.S. AND CANADA)**

| Title | Tracked Units | Total Estimated Units |
|---|---:|---:|
| Farewell Tour Live From Melbourne - Eagles | 570,788 | 1,038,834 |
| Under The Desert Sky - Andrea Bocelli | 458,913 | 835,222 |
| Greatest Hits - Creed | 423,264 | 770,340 |
| Pulse - Pink Floyd | 355,930 | 647,793 |
| We Are the Laurie Berkner Band - Laurie Berkner | 285,439 | 519,499 |
| Information - Beck | 282,380 | 513,932 |
| Past, Present & Future - Zombie Rob | 231,646 | 421,596 |
| Kissology 1974-1977 V1 - Kiss | 166,330 | 302,721 |
| Live at Donington - AC/DC | 156,034 | 283,982 |
| Caught In the Act - Michael Buble | 146,959 | 267,465 |
| Best of Pantera Far Beyond - Pantera | 146,935 | 267,422 |
| Silence in Black and White - Hawthorne Heights | 145,318 | 264,479 |

| Title | # | # |
|---|---|---|
| Encore - Il Divo | 141,777 | 258,034 |
| Live in Atlanta - Destiny's Child | 139,451 | 253,801 |
| Live at the Greek - Il Divo | 124,036 | 225,746 |
| Family Jewels - AC/DC | 123,471 | 224,717 |
| Bullet in a Bible - Green Day | 123,258 | 224,330 |
| Live at Woodstock - Jimi Hendrix | 121,789 | 221,656 |
| Long Road Home - John Foggerty | 120,519 | 219,345 |
| Number Ones - Michael Jackson | 120,216 | 218,793 |
| Rock of Ages - Def Leppard | 115,877 | 210,896 |
| Greatest Hits 1978-1997 - Journey | 109,353 | 199,022 |
| Vertigo/2005: Live From Chicago - U2 | 106,418 | 193,681 |
| Tour Generacion en Vivo - RBD | 102,254 | 186,102 |
| Music & Passion Live From Las Vegas - Barry Manilow | 100,452 | 182,823 |
| Live at Montreux 1994 - Johnny Cash | 99,114 | 180,387 |
| Live at the Rainbow - Bob Marley & the Wailers | 98,339 | 178,977 |
| Elvis: '68 Comeback - Elvis Presley | 98,220 | 178,760 |
| Led Zepplin DVD - Led Zepplin | 95,550 | 173,901 |
| Live at Wembley '86 - Queen | 86,094 | 156,691 |
| Live at Wrigley Field - Jimmy Buffet | 85,219 | 155,099 |
| Videos 1989-2004 - Metallica | 85,022 | 154,740 |
| Elvis Aloha From Hawaii - Elvis Presley | 84,934 | 154,580 |
| Anywhere But Home - Evanescence | 84,672 | 154,103 |
| R30 - Rush | 82,093 | 149,409 |
| Space Within US - Paul McCartney | 78,910 | 143,616 |
| Collision Course - JayZ/Linkin Park | 75,855 | 138,056 |
| I'm Going to Tell You a Secret - Madonna | 72,929 | 132,731 |
| American Classic - Tony Bennett | 72,789 | 132,476 |

| Title | Units |
|---|---|
| Eric Clapton Crossroads Guitar - Eric Clapton | 126,754 |
| Replay X3 - Rush | 121,658 |
| Live in Bucharest - Michael Jackson | 120,681 |
| Livin' Right Now - Keith Urban | 119,137 |
| Celtic Woman - Celtic Woman | 118,320 |
| Trapped in the Closet Chapters - Kelly R. | 113,850 |
| Live by Request - Santana | 113,344 |
| Live From Austin Texas - Johnny Cash | 109,176 |
| Life on the Murder Scene - My Chemical Romance | 107,831 |
| Whiskey on a Sunday - Flogging Molly | 106,943 |
| Freak 'n Roll Into the Fog - Black Crowes | 105,320 |
| | |
| Total Top 50 Titles | 12,398,770 |
| | |
| Average | 247,975 |
| Median | 181,605 |

| | |
|---|---|
| Eric Clapton Crossroads Guitar - Eric Clapton | 69,645 |
| Replay X3 - Rush | 66,845 |
| Live in Bucharest - Michael Jackson | 66,308 |
| Livin' Right Now - Keith Urban | 65,460 |
| Celtic Woman - Celtic Woman | 65,011 |
| Trapped in the Closet Chapters - Kelly R. | 62,555 |
| Live by Request - Santana | 62,277 |
| Live From Austin Texas - Johnny Cash | 59,987 |
| Life on the Murder Scene - My Chemical Romance | 59,248 |
| Whiskey on a Sunday - Flogging Molly | 58,760 |
| Freak 'n Roll Into the Fog - Black Crowes | 57,868 |

(1) Nielsen VideoScan data does not track sales at several major retailers including WalMart, Target and Toys-R-Us. It is estimated that these omitted retailers account for 40% - 50% of the DVD sell-through market. Raw units were therefore multiplied by a factor of 1.82 to approximate total estimated units sold in the U.S. and Canada.

**Broadband Distribution**

| | |
|---|---|
| Encoding Costs | $ 5,000.00 |
| Estimated Retail Price Per Download | $ 2.99 |
| Retailer Split | $ 0.49 |
| Wholesale Price | $ 1.50 |
| Number of Downloads | $ 25,000.00 |
| **TOTAL** | **$ 32,375.00** |

**Theatrical Revenue**
*Similar Films:*

| Film | Domestic Gross | Year Released |
|---|---|---|
| Lightning In A Bottle | $ 201,000.00 | 2004 |
| A Great Day in Harlem | $ 527,000.00 | 1994 |
| The Last Waltz (2nd release) | $ 325,000.00 | 1978 |
| End of the Century: the Ramones | $ 392,000.00 | 2003 |
| Sketches of Frank Gehry | $ 435,000.00 | 2005 |
| Shut Up and Sing | $ 1,210,000.00 | 2006 |
| Standing in the Shadows of Motown | $ 1,600,000.00 | 2002 |
| Woodstock | $13,300,000.00 | 1970 |
| Buena Vista Social Club | $18,000,000.00 | 1999 |

**Amazing Grace Budget**
**4.25.8**

| Item | Amount | |
|---|---|---|
| Laser Pacific HD dailies transfers, conforms | $ | 175,832.00 |
| Technicolor Sound services | $ | 104,384.00 |
| Potential costs for Synch Licenses | $ | 100,000.00 |
| Royalty advances for DVD | | TBD |
| Legal fees, clearances, ETC | $ | 40,000.00 |
| Film and finish interviews | $ | 80,000.00 |
| Film Editor | $ | 80,000.00 |
| Film Editor assistant | $ | 28,128.00 |
| line producer | $ | 50,000.00 |
| avid/labor/ | $ | 24,000.00 |
| petty cash/rentals (all)/ tape stock/ incidentals | $ | 10,000.00 |
| Directorial Costs | | TBD |
| Screenings | | TBD |
| Production assistants | $ | 52,000.00 |
| office space | $ | 24,000.00 |
| Continuity (spotting script) | $ | 12,500.00 |
| Sound License Fees | $ | 12,500.00 |
| Trailer or marketing Materials | | TBD |
| Optical Soundtrack | | TBD |
| Producer Fees- Herb Jordan/Alan Elliott | $ | 200,000.00 |
| subtotal | $ | 993,344.00 |
| 10% overage | $ | 99,334.40 |
| total | $ | 1,092,678.40 |

Film Editor (16 weeks at $5000/ week)
Film Editor assistant (16 weeks at $1758/ week)

And this does not include theatrical –