## Declaration

I, Aretha Franklin, do hereby swear and affirm that if called upon to testify, I would testify to the following including but not limited to:

a. That in 1972, I did a live recording of my album Amazing Grace at the New Missionary Baptist Church in Los Angeles, California.

b. That the recording of this album was videotaped.

c. That Mr. Alan Elliott, owner of Al's Tapes and Records claims to have purchased the rights to the film or footage of my 1972 performance at the New Missionary Baptist Church in Los Angeles, California.

d. That I have never given permission or entered into any agreement, verbal, written or otherwise with Alan Elliott, Al's Tapes & Records or any entity to exploit my name and or likeness for commercial purposes with regards to the "Amazing Grace" movie, or any film or footage of my 1972 performance at the New Missionary Baptist Church in Los Angeles, California.

e. That in spite of not having prior authorization, as referenced above, Mr. Alan Elliott has plans to release a movie based on my 1972 performance as mentioned above which exploits my name and likeness solely for commercial purposes.

Further affiant sayeth not

_____
ARETHA FRANKLIN

FRANKLIN
TRO
Ex. 6