**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:15-cv-01921**

ARETHA FRANKLIN,

    Plaintiff,

v.

NATIONAL FILM PRESERVE, LTD a/k/a THE TELLURIDE FILM FESTIVAL,

    Defendant.

## ENTRY OF APPEARANCE

Scott T. Rodgers, Esq., of Fairfield and Woods, P.C., hereby enters his appearance on behalf of Defendant National Film Preserve, Ltd. a/k/a The Telluride Film Festival and requests that all notices, papers, and documents in connection with this matter be served upon undersigned counsel.

Respectfully submitted this 4th day of September, 2015.

    By: *s/ Scott T. Rodgers*
    Scott T. Rodgers, #19943
    John M. Tanner, #16233
    Cecil E. Morris, Jr., #20258
    Fairfield and Woods, P.C.
    1801 California Street, Suite 2600
    Denver, Colorado 80202
    (303) 830-2400
    (303) 830-1033 (fax)
    Email: srodgers@fwlaw.com
           jtanner@fwlaw.com
           cmorris@fwlaw.com

    ATTORNEYS FOR THE DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September, 2015, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

N. Reid Neureiter
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
neureiter@wtotrial.com

                                        By: *s/ Lauren E. Styler*
                                              Lauren E. Styler