IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01921-JLK

ARETHA FRANKLIN,

        Plaintiff,

v.

ALLAN ELLIOTT, D/B/A AL'S RECORDS AND TAPES,

        Defendant.

---

**STIPULATED MOTION TO EXTEND FOR ADDITIONAL 30 DAYS STIPULATED ORDER ENJOINING
ALAN ELLIOTT FROM SCREENING OR SHOWING FILM FOOTAGE**

---

      Plaintiff Aretha Franklin ("Plaintiff") and Defendant Alan Elliott ("Defendant") jointly move the Court to enter the attached Stipulated Order extending for an additional 30 days the Stipulated Temporary Order enjoining Defendant entered on October 8, 2015.

**I.      BACKGROUND**

      On September 16, 2015, this Court entered a Stipulated Temporary Order ("The First Order") which enjoined Defendant from screening or showing film footage of Ms. Franklin's 1972 gospel concert, absent certain conditions. See Doc. #21. The First Order provided that, absent a request for a hearing by either party within 30 days of September 16, the First Order would expire and have no further effect. The First Order further

provided that Defendant would have thirty (30) days from the entry of that First Order to respond to the Complaint.

The parties used that time to work toward a resolution of this matter. Recognizing that additional time was necessary to come to such a resolution, on October 8, 2015, pursuant to a stipulated motion by the parties, this Court entered a further Stipulated Temporary Order (the "Second Order") which essentially duplicated the terms of the First Order and extended its terms to November 16, 2015. See Doc. #24.

## II.     REQUESTED FURTHER EXTENSION

The parties have continued to diligently work toward a resolution of this dispute and jointly believe it would be in the interests of justice to extend the Second Order another 30 days. Wherefore, the Parties jointly request that the Second Order and all specific terms in the Second Order be extended an additional 30 days. The effect of this extension is that, absent a request for a hearing before December 16, 2015, the Order shall expire and have no further effect. However, if either party seeks a hearing on Plaintiff's request for preliminary injunctive relief prior to December 16, 2015, then the Order shall remain in force until the conclusion of any such hearing, or further order of the Court. In addition, the effect of this extension would be to provide Defendant with an additional thirty (30) days to respond to the Complaint.

**WHEREFORE** the Parties respectfully request that the Court forthwith enter the attached Stipulated Order extending the terms of its prior order an additional 30 days and extending Defendant's date to respond the Complaint an additional 30 days.

Dated: November 12, 2015     Respectfully submitted,

*s/ Neal S. Cohen*     *s/ N. Reid Neureiter*

Neal S. Cohen
Fox Rothschild LLP, Suite 2200
1225 Seventeenth Street
Denver, CO 80202
Telephone: 303.292.1300
Facsimile: 303.292.1300
Email: Ncohen@foxrothschild.com

N. Reid Neureiter
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: neureiter@wtotrial.com

*Attorneys for Plaintiff Aretha Franklin*

*s/ Lincoln Bandlow*

Lincoln Bandlow
(admitted *pro hac vice*)
Fox Rothschild LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: 310.598.4150
Facsimile: 310.556.9828
Email: lbandlow@foxrothschild.com

*Attorneys for Defendant Alan Elliott*

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on November 12, 2015, I electronically filed the foregoing **STIPULATED MOTION TO EXTEND STIPULATED ORDER ENJOINING ALAN ELLIOTT FROM SCREENING OR SHOWING FILM FOOTAGE FOR AN ADDITIONAL 30 DAYS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

    N. Reid Neureiter
    neureiter@wtotrial.com; brock@wtotrial.com

    <u>and via email transmission to</u>:

    Neal S. Cohen
    ncohen@foxrothschild.com

    Lincoln D. Bandlow
    lbandlow@foxrothschild.com


                                  *s/ N. Reid Neureiter*
                                  N. Reid Neureiter